

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No.   '21 MJ4547 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8, USC 1324(a)(2)(B)(iii) Attempted |
| ) | Bringing In Illegal Aliens At Other Than |
| ) | Port Of Entry |
| ) | |
| Sergio Alejandro TIZNADO-Galvez ) | |
| Jose Luis AVALOS-Ruiz, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

The undersigned complainant being, duly sworn, states:

On or about November 18, 2021, within the Southern District of California, defendant Sergio Alejandro TIZNADO-Galvez and Jose Luis AVALOS-Ruiz, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely Francisco Javier MUNOZ-Sandoval, Adrian Joel PEREZ-Ortega, and Serafin RUIZ-Gutierrez had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jon D. Bowen
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH
FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON November 19, 2021

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Sergio Alejandro TIZNADO-Galvez,**
**Jose Luis AVALOS-Ruiz**

**PROBABLE CAUSE STATEMENT**

The complainant states that Francisco Javier MUNOZ-Sandoval, Adrian Joel PEREZ-Ortega, and Serafin RUIZ-Gutierrez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 18, 2021, Border Patrol Agent A. Lara was performing his duties within the San Clemente Border Patrol Station's area of responsibility. Agent Lara was operating a Forward Looking Infrared device near Del Mar, California. At approximately 2:54 AM, while scanning the coastline, Agent Lara observed a small vessel navigating the surf line approximately one mile west of Torrey Pines State Beach. Agent Lara noticed that the vessel was not displaying required navigation lights or any type of lighting at all. Agent Lara notified agents via service radio about his observations of the vessel. Remote Video Surveillance System operator, Border Patrol Agent F. Villanueva, confirmed Agent Lara's initial observations using the remotely operated radar and camera system. Mobile Vehicle Surveillance System operator, Border Patrol Agent R. Gomez, advised Agent Lara that the vessel had come into his view and that it was heavily laden and overloaded with approximately eight to nine individuals. The vessel was described as an open bow fishing boat commonly referred to as a "Panga." It was powered by a single outboard engine and was approximately twenty feet in length. The vessel was riding extremely low in the water and appeared to be severely overloaded. One of the individuals was steering the vessel from the rear of the vessel while the others were huddled together in the center of the vessel.

There were no other vessels in the area. The proximity to the beach was abnormal and dangerous as the vessel was traversing the surf line near breaking waves. Agent Gomez continued tracking the vessel with the Mobile Vehicle Surveillance System scope. At approximately 3:00 AM, Agent Gomez advised Agent Lara that the vessel made landfall north of lifeguard tower five at Torrey Pines State Beach and several individuals had jumped out of the vessel and ran onto the sand. Agent Lara responded to the area and began searching for the individuals. Agent Gomez advised Agent Lara that the individuals were laying in a large pile of rocks just south of lifeguard tower five. After a brief search of the area, Agent Lara encountered seven individuals attempting to conceal themselves in a rock jetty adjacent to lifeguard tower five.

**CONTINUATION OF COMPLAINT:**
 **Sergio Alejandro TIZNADO-Galvez,**
 **Jose Luis AVALOS-Ruiz**


Agent Lara immediately identified himself as a United States Border Patrol Agent and
conducted an immigration inspection. All seven individuals, including three later identified as
the material witnesses, Francisco Javier MUNOZ-Sandoval, Adrian Joel PEREZ-Ortega and
Serafin RUIZ-Gutierrez, freely admitted to being citizens and nationals of Mexico without any
immigration documents that would allow them to enter or remain in the United States legally.
At approximately 3:10 AM, Agent Lara placed all seven individuals under arrest, approximately
33 miles north of the San Ysidro, California Port of Entry, United States/Mexico International
Boundary.

At approximately 3:20 AM, Agent Gomez advised agent Lara that a review of the recorded
video surveillance footage revealed a total of eight individuals disembarking the vessel. After a
secondary search of the area an eighth individual was located in the nearby rocks attempting to
conceal himself from nearby Border Patrol Agents. Agent Lara approached the eighth
individual and identified himself as a United States Border Patrol Agent and conducted an
immigration inspection. The individual freely admitted to being a citizen and national of El
Salvador with no immigration documents that would allow him to enter or remain in the United
States legally. At approximately 3:25 AM, Agent Lara placed the eighth individual later
identified as defendant, Jose Luis AVALOS-Ruiz, under arrest.

Agent Gomez reviewed the footage and observed the vessel heading back into the water and
making its way south. Agents relayed their observation to United States Coast Guard. Coast
Guard Cutter Benjamin Bottoms was able to acquire the vessel and directed Air and Marine
Operations vessel M855 for an interdiction. At approximately 4:00 AM, M855 attempted to
interdict the vessel approximately 7 miles west of Imperial Beach and the vessel failed to heave.
Air and Marine agents initiated their Small Boat Interdiction Program. Air and Marine
Interdiction Agent K. Nagel fired two warning shots directly in front of the vessel in clear view
of the driver of the vessel. The driver did not stop the vessel. Agent Nagel placed three
disabling rounds into the outboard engine, causing the vessel to stop. The vessel and its driver,
later identified as defendant, Sergio Alejandro TIZNADO-Galvez, were transported to Naval
Base Point Loma Ballast Point where he was turned over to Border Patrol. All nine individuals
were transported to the San Clemente station for processing.

The defendant, TIZNADO-Galvez, was notified of his Miranda rights. TIZNADO-Galvez
stated that he understood his rights and agreed to make a statement without an attorney present.
TIZNADO-Galvez stated that he was the driver of the vessel and was going to get paid $1,000
per person on board the boat. TIZNADO-Galvez also stated that Jose and him were both

**CONTINUATION OF COMPLAINT:**
 **Sergio Alejandro TIZNADO-Galvez,**
 **Jose Luis AVALOS-Ruiz**

helping each other between driving and refueling the engine. The interview concluded at 8:51 AM.

The defendant, Jose Luis AVALOS-Ruiz, was notified of his Miranda rights. AVALOS-Ruiz stated that he understood his rights and agreed to make a statement without an attorney present. AVALOS-Ruiz stated that he was not involved in driving the vessel. AVALOS-Ruiz stated that he helped the captain refuel the engine. The interview concluded at approximately 10:34 AM.

Material witnesses, Francisco Javier MUNOZ-Sandoval, Adrian Joel PEREZ-Ortega and Serafin RUIZ-Gutierrez stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally.  MUNOZ, PEREZ and RUIZ stated that smuggling arrangements were made, and they had agreed to pay between $14,500 and $15,000 USD to be smuggled into the United States.  MUNOZ, PEREZ and RUIZ stated they entered the United States via a small open bow fishing vessel the night of November 17, 2021.  MUNOZ stated that the smugglers took everyone's cell phone away as they boarded the vessel.  MUNOZ stated that the captain of the boat instructed them to lie down and not speak during the trip.  MUNOZ stated he feared the vessel would capsize because it was bouncing violently against the sea.  MUNOZ, PEREZ and RUIZ were presented with a photographic line-up which depicted everyone who was arrested in the event.  MUNOZ did not identify anyone in the line-up. PEREZ identified defendant, Sergio Alejandro TIZNADO-Galvez as the captain of the boat.  PEREZ identified defendant Jose Luis AVALOS-Ruiz as assisting in the operation of the vessel.  RUIZ did not identify anyone in the line-up.